STATE v. HEFLER

No. 138PA83.

Case below: 60 N.C. App. 466.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 May 1983.

STATE v. LINKER

No. 156PA83.

Case below: 61 N.C. App. 348.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 May 1983. Motion of Attorney General to dismiss appeal for lack of significant public interest denied 3 May 1983.

STATE v. MARLOW

No. 199PA83.

Case below: 61 N.C. App. 300.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 19 April 1983.

STATE v. NEAL

No. 94P83.

Case below: 60 N.C. App. 350.

Petition by defendant for discretionary review under G.S. 7A-31 denied. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 May 1983.

STATE v. NOWELL

No. 204P83.

Case below: 61 N.C. App. 568.

Petition by defendant for discretionary review under G.S. 7A-31 denied 26 April 1983.